Núm. 8415.—Municipio de Villalba, Etc., aplte. v. Nieves, et al., apldos.—C. D. Ponce. ▮▮▮▮▮ Noviembre 4, 1941.

Por cuanto, con fecha 18 de febrero de 1941 se dictó sentencia en este caso declarando sin lugar la demanda;

Por cuanto, en 28 del mismo mes el demandante radicó escrito de apelación para ante este tribunal;

Por cuanto, desde dicha fecha, conforme consta de la certificación expedida por el Secretario de la Corte de Distrito de Ponce, el apelante no ha hecho gestión alguna para perfeccionar su recurso;

Por cuanto, en 18 de agosto último los apelados radicaron un escrito solicitando la desestimación del recurso, que fué debidamente notificado a la parte contraria y señalado para el día 3 del actual, sin que los apelantes comparecieran a sostener su recurso;

Por tanto, vistos los autos de este caso y el artículo 59 del reglamento de este tribunal, se desestima el recurso por abandono.